UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                            :
                                                 :   Case No.  03 B 22994 (ASH)
Action Redi-Mix Corp.,                           :
                                                 :   (Chapter 11)
                                       Debtor.   :
------------------------------------------------------X

# APPOINTMENT OF COMMITTEE OF
# <u>UNSECURED CREDITORS</u>

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.     Coram Materials Corp.
   P.O. Box 5810
   Miller Place, NY 11764
   Attn: Frank Vigliarolo
   Phone: (631) 732-6600

2.     N.Y. Materials
   7 Edison Avenue
   Mt. Vernon, NY 10550
   Attn: Dara Anna
   Phone: (914) 664-4400

3.     KFW Trucking Co., Inc.
   3595 Route 82
   Millbrook, NY 12545
   Attn: Joseph Fierrmante
   Phone: (845) 677-5699

      4.      Cservak Enterprises, Inc.
      2 West Academy Street
      Wappinger Falls, NY 12590
      Phone: (845) 297-8879

Dated: New York, New York
       July 8, 2003

                         CAROLYN S. SCHWARTZ
                         UNITED STATES TRUSTEE

          By:    /s/ Pamela J. Lustrin
                PAMELA J. LUSTRIN (PJL-5890)
                Attorney

                33 Whitehall Street, 21st Floor
                New York, New York 10004
                Tel. No. (212) 510-0500