Andrew I. Silfen (AS-1264)
Schuyler G. Carroll (SC-0100)
Beth N. Green (BG-1826)
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

ACTION REDI-MIX CORP.,   Chapter 11
                         Case No. 03-22994 (ASH)

               Debtor.
---------------------------------------------------------x

**ORDER PURSUANT TO SECTION 1103(A) OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT
OF M.J. RENICK & ASSOCIATES, LLC AS
ACCOUNTANTS AND FINANCIAL ADVISORS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      Upon consideration of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") by and through its attorneys, Arent Fox Kintner Plotkin & Kahn, PLLC for an Order authorizing the Committee to employ the services of M.J. Renick & Associates, LLC (the "Renick Firm") as the Committee's accountants and financial advisors; and upon the Affidavit of M. Jacob Renick, CPA, the sole member of the Renick Firm in support thereof (the "Renick Affidavit"), and the Court being satisfied that the Renick Firm is a "disinterested person" and represents no interests adverse to the Debtor, the Committee, or the Estate in the matter in which they are to be engaged; and that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code and that their employment is necessary and would be in the best interests of the Debtor's estate; and after due deliberation and

NYC/117241.1

sufficient cause appearing therefore; it is

    ORDERED, that the Application be, and it hereby is, granted; and it is further

    ORDERED, that, in accordance with section 1103(a) of the Bankruptcy Code, the Official Committee of Unsecured Creditors is authorized to employ the Renick Firm as its accountants and financial advisors to perform all of the services set forth in the annexed Application on the terms set forth in the Application and the Renick Affidavit, *nunc pro tunc* to October 3, 2003; and it is further

    ORDERED that the Renick Firm shall be compensated for services rendered to the Official Committee of Unsecured Creditors including fees and expenses incurred pursuant to the filing and approval of interim and final applications to be submitted from time to time during the pendency of this proceeding, pursuant to the bankruptcy rules, the Local Rules of this Court, and such other orders as the Court may direct.

Dated: White Plains, NY
       October 27, 2003

                                        /s/ Adlai S. Hardin, Jr.
                                        UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION US TRUSTEE

By: /s/ Pamela J. Lustrin (PJL-5890)_____
10/20/03